

Monday, August 8, 2011

No. 11–0239/AR.   U.S. v. Phillip L. Pierce.   CCA 20080009.   Appellee's motion to extend time to file a brief granted, *up to and including August 24, 2011,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*